AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00051 |
| Andrew Carvajal | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 2/8/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Andrew Carvajal                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:     02/08/2024                            Digitally signed by G. Michael Harvey
                                                 Date: 2024.02.08 12:15:41 -05'00'
                                                           *Issuing officer's signature*

City and state:     Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/08/2024, and the person was arrested on *(date)* 02/20/2024
at *(city and state)* Riverside, California.

Date: 02/20/2024

*Arresting officer's signature*

SA Patrick Gonzales
*Printed name and title*